ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| MaxFour Engineers and Architects, LLC ) | ASBCA Nos. 59040, 59371, 59372 |
| ) | |
| Under Contract No. W9128F-09-C-0049 ) | |

APPEARANCE FOR THE APPELLANT:  Robert W. Tate, Esq.
Napa, CA

APPEARANCES FOR THE GOVERNMENT:  Thomas J. Warren, Esq.
Acting Engineer Chief Trial Attorney
James M. Pakiz, Esq.
Erin K. Murphy, Esq.
Engineer Trial Attorneys
U.S. Army Engineer District, Omaha

OPINION BY ADMINISTRATIVE JUDGE MCNULTY

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $6,536,108.35. This amount is inclusive of interest. No further interest shall be paid.

Dated: 7 February 2018

CHRISTOPHER M. MCNULTY
Administrative Judge
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 59040, 59371, 59372, Appeals of MaxFour Engineers and Architects, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals